# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, MARCH TERM, 1885.

In the Matter of the Application of The Lackawanna and Pittsburgh Railroad Company to Acquire Lands of C. Fitch Bissell and others.— So much of the order as allows counsel fees reversed, with ten dollars costs and disbursements.

Eli B. Northrup, Appellant, v. William D Collingwood and another, Respondents. — Order affirmed, with ten dollars costs and disbursements. Mem. by Barker. J.

Elizabeth C. Day, Respondent, v. The United States Mutual Accident Association of New-York, Appellant.—Order reversed and motion granted, with ten dollars costs of original motion, to abide the event. No costs of this appeal to either party.

Ann E. Oakley, Appellant, v. Austin Pierce, Respondent.—Order appealed from reversed, with ten dollars costs and disbursements and the order of the county judge vacated. Held, that the affidavit on which the order was made did not show that the plaintiff was a non-resident of the State.

William H. Vanostran, an Infant, by Guardian, v. The New York Central and Hudson River Railroad Company.—Order affirmed, with ten dollars costs and disbursements. Smith, P. J., not voting.

S. Gregory Doran and Elizabeth R. Thompson, Respondents, v. Theodore G. Metzger, Appellant.—Order denying motion to change place of trial affirmed. No costs.

Same v. Same. — Order granting reference reversed. No costs.

Margaret Cornwall, Respondent, v. John Cornwall, Appellant. — Order confirming referee's report affirmed, with ten dollars costs and disbursements. Order refusing stay of proceedings affirmed, with ten dollars costs and disbursements.

Benjamin F. Van Camp, as Executor, etc., Appellant, v. Sally Kelsey and others, Respondents. — Judgment affirmed, with costs to respondent, to be paid out of the estate. Held, that by the clear terms of the will, the respondent is entitled to the possession and use, during her natural life, of the property disposed of by the ninth clause of the will; and upon that ground alone the judgment is affirmed.

Griffith Jones, Plaintiff. v. Henry W. Chamberlain and others, Defendants.—Motion for new trial denied and judgment in favor of the plaintiff ordered on the verdict. Opinion by Haight, J.; Smith, P. J., and Barker, J., concur; Bradley, J., not sitting.

Walter L. Sessions, Respondent, v. Simeon B. Manly, Appellant.—Judgment affirmed

Mary Johnson, Appellant, v. William Ult and others, Respondents. — Appeal dismissed.

Edward J. Kelsey and others, Respondents, v. James Sargent and others, Appellants. — Order reversed and motion for relaxation of costs granted, with ten dollars costs and disbursements.

Horatio Pullan, Appellant, v. William I. Reid and others, Respondents. — That part of the order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

Julia F. Kirtz, as Administratrix, Appellant, v. Hezekiah Peck, Respondent.—Order appealed from affirmed, with ten dollars costs and disbursements.

Sluman C. Crittenden, Appellant, v. John Bottsford, as Executor, etc., Respondent. — Orders appealed from affirmed, with ten dollars costs and disbursements.

Edward J. Kelsey and others, Respondents, v. James Sargent and others, Appellants. — Order requiring defendant to furnish bill of particulars affirmed, with ten dollars costs and disbursements.

Henry J. Anderson, as Receiver, etc., of the First National Bank of Albion, Respondent, v George B. Church and another, Appellants.

Henry J. Anderson, as Receiver, etc., of the First National Bank of Albion, Respondent, v. Charles H. Moore, Appellant. — Order denying motion to consolidate actions affirmed, with ten dollars costs and disbursements. Haight, J., not sitting.

Henry Rice and another, Respondents, v. Lena Goodman, Appellant. — Order appealed from reversed, with ten dollars costs and disbursements, and motion to vacate attachment granted.

White's Bank of Buffalo and another, Respondents, v. Matilda Farthing and others, Appellants. — Order denying motion to bring in and make appellants parties affirmed, with ten dollars costs and disbursements.

William H. Ensign and others, Respondents, v. John L. McKinney and others, Appellants. — Motion for new trial granted, with costs to abide the event, on the opinion of Haight, J., in the case of Chamberlain v. Taylor. Bradley, J., not sitting.

Ashbel F. Bard, Respondent, v. John L. McKinney and others, Appellants. — Motion for new trial granted, with costs to abide the event, on the opinion of Haight, J., in case of Chamberlain v. Taylor. Bradley, J., not sitting.

Henry French v. William H. St. John.— Motion for reargument, or for leave to appeal to the Court of Appeals, denied.

Florence McPherson v. Patrick Rollin and others. — Memorandum of decision modified by adding thereto, after the words " with costs," the words " of the appeal to the plaintiff, and also to the defendant Ida McPherson, to be paid by the appellant."

Frederick D. Potter, Appellant, v. Sylvanus J. Green, Respondent. — Motion to dismiss appeal denied.

Hiram C. Pettibone v. William E. Drakeford.— Motion for reargument granted.

George W.Carter v. Joseph W. Wallace.—Motion denied, without costs, with leave to move in County Court for an order vacating order of reference, and for jury trial. Bradley, J., not sitting.

Joseph S. Penoyer, Appellant, v. Edson Phillips, Respondent. — Motion to dismiss appeal denied, and the undertaking filed permitted to stand on the payment of ten dollars costs.

Thomas C. Parkhurst v. Lena Mitchell.—Motion for reargument granted

In the Matter of the Probate of an Instrument Propounded as the Last Will of Henry Pulver, Deceased.—Motion to dismiss appeal granted, with ten dollars costs.

Perry J. Tobin, Respondent, v. James H. Fisher, Appellant. — Motion for reargument and to amend the record denied. No costs of motion.

Charles B. Nichols, Respondent, v. Nelson Mar-